# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOAQUIN SANTIAGO MACIAS,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY,

Respondent.

Case No. 1:26-cv-06199-KES-SAB-HC

ORDER SETTING BRIEFING SCHEDULE

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 5, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On October 7, 2026, the assigned district judge denied the motion for TRO and referred the matter "to the assigned magistrate judge for further proceedings on the petition." (ECF No. 11.)

Accordingly, the Court HEREBY ORDERS that:

1. Within **TWENTY-ONE (21) days** of the date of service of this order, Respondents SHALL FILE a response to the petition, including **addressing whether this case is distinguishable from those cases in which this Court has granted habeas relief**. See S.G. v. Warden of the Golden State Annex Det. Facility, No. 1:26-CV-03322-TLN-JDP, 2026 WL 2475525, at *2 (E.D. Cal. Aug. 24, 2026) ("[T]his District routinely finds that

§ 1226(c)(1)(A) does not authorize mandatory detention where the government has failed to [administratively] charge a noncitizen with [inadmissibility by reason of having committed] any offense covered by § 1182(a)(2).”).

2. Within **TWENTY-ONE (21) days** of the date of service of this order, Respondents SHALL FILE all relevant portions of Petitioner’s Alien File and any and all other documentation relevant to the determination of the issues raised in the petition.
3. Petitioner MAY FILE a reply within **FOURTEEN (14) days** of the date Respondents’ response is filed with the Court.

IT IS SO ORDERED.

Dated: **October 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge