# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN SANTIAGO MACIAS,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY,<br>Respondent. | Case No. 1:26-cv-06199-KES-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE CERTIFICATE OF SERVICE |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 30, 2026, Respondent filed a response to the petition. (ECF No. 14.) Attached to the response is a certificate of service "certif[ying] that on August 10, 2026, a copy of the RESPONSE was served by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Fresno, California." (ECF No. 14 at 4.) However, as the response is dated October 30, 2026, it cannot have been served on August 10, 2026.

Accordingly, IT IS HEREBY ORDERED that within **THREE (3) days** of the date of service this order, Respondent SHALL file a corrected certificate of service of the response.

IT IS SO ORDERED.

Dated: **November 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge